Zeferino Araiza FLORES, Petitioner,

v.

John ASHCROFT, Attorney General, Respondent.

Nos. 02–71262, 02–74172.
Agency No. A76–361–033.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 25, 2004.

Howard Dawson, Law Office of Howard Dawson, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Director, Immigration and Naturalization Service, Los Angeles, CA, Carl H. McIntyre, Jr., Carolyn Piccotti, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Zeferino Araiza Flores, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's decision denying his application for cancellation of removal, and the BIA's order denying Flores's motion to reopen. We review for an abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and de novo due process violations, *Hartooni v. INS*, 21 F.3d 336, 339 (9th Cir. 1994). We dismiss in part and deny in part the petition for review.

To the extent Flores appeals the denial of cancellation of removal, this court lacks jurisdiction to review the IJ's discretionary determination that Flores did not qualify because he failed to demonstrate "exceptional and extremely unusual hardship" to a qualifying relative. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *see Romero–Torres v. Ashcroft*, 327 F.3d 887, 890–91 (9th Cir. 2003).

Contrary to Flores's contention, the BIA's failure to articulate reasons for its decision does not violate due process. *See Falcon Carriche v. Ashcroft*, 350 F.3d 845, 850–51 (9th Cir.2003).

The BIA did not abuse its discretion in denying Flores's motion to reopen because

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

he overstayed his period of voluntary departure. *See* 8 U.S.C. § 1229c(d).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.